AO 442 (Rev. 5/93) Warrant for Arrest



# United States District Court

DISTRICT OF __HAWAII__

UNITED STATES OF AMERICA

v.

SHAWN MICHAEL DOHMEN

94-1169 Heahea Street, Waipahu, Hawaii 96797

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: 02 - 0958 KSC

YOU ARE HEREBY COMMANDED to arrest __SHAWN MICHAEL DOHMEN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
HAVING COMMITTED WITHIN THE JURISDICTION OF THE KINGDOM OF BELGIUM, A VIOLATION OF THE LAW ON THE TRADE IN TOXIC, NARCOTIC AND SOPORIFIC SUBSTANCES, DISINFECTANTS AND ANTISEPTICS, IN VIOLATION OF THE LAW OF FEBRUARY 24, 1921 AND AMENDED BY THE LAW OF JULY 9, 1975, SECTION 2 BIS.

in violation of Title __18__ United States Code, Section(s) __3184__

WALTER A.Y.H. CHINN  Kevin S C Chang
Name of Issuing Officer

ORIGINAL SIGNED BY
Signature of Issuing Officer

US Magistrate Judge
CLERK OF THE U.S. DISTRICT COURT
Title of Issuing Officer

12-27-2002 HONOLULU, HAWAII
Date and Location

Bail fixed at $ (to be determined at time of arrest)   by   KEVIN S. C. CHANG, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.