ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff UNITED
STATES OF AMERICA

LODGED DEC 3 0 2002
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 3 1 2002
at 11 o'clock and 50 min.
WALTER A. Y. H. CHINN, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 02-0958 KSC |
| | ) | |
| Plaintiff, | ) | EX PARTE MOTION TO SEAL |
| | ) | DOCUMENTS; DECLARATION |
| | ) | OF CONSTANCE A. HASSELL; |
| vs. | ) | ORDER GRANTING MOTION TO |
| | ) | SEAL DOCUMENTS |
| SHAWN MICHAEL DOHMEN, | ) | |
| | ) | |
| Defendant. | ) | |

### EX PARTE MOTION TO SEAL DOCUMENTS

The UNITED STATES OF AMERICA, by and through its undersigned attorneys, hereby moves this Honorable Court for an Order sealing the documents in connection with the above-captioned matter.  The documents to be sealed include, but are not limited to, the complaint and warrant for arrest, this motion and the declaration and order accompanying it, and the clerk of court's docket sheet on the grounds that investigation into the matter is on-going, and disclosure of the information contained in these documents may interfere with said investigation.

SEALED
BY ORDER OF THE COURT

This Motion is made pursuant to the inherent power of this Court, and is based upon the records and files of this case and the Declaration of Constance A. Hassell attached hereto.

DATED: Honolulu, Hawaii, __12/30/02__.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
CONSTANCE A. HASSELL
Assistant U.S. Attorney