IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGIS. NO. 02-0958 KSC |
| ) | |
| Plaintiff, ) | DECLARATION OF CONSTANCE |
| ) | A. HASSELL |
| vs. ) | |
| ) | |
| SHAWN MICHAEL DOHMEN, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF CONSTANCE A. HASSELL

1. I am an Assistant U.S. Attorney with the U.S. Attorney's Office for the District of Hawaii. I am familiar with the criminal investigation described in the complaint and warrant for arrest.

2. I am informed and believe that said investigation is on-going and will continue beyond the date of service of the warrants and filing of the return thereon until the matter is presented to the Grand Jury for Indictment or other disposition.

3. The documents filed in connection with this case, relate information obtained during the course of the investigation and reflect, at least in part, the nature, direction, and status of the investigation.

4. I am informed and believe that law enforcement officers do not believe that the persons identified during the course of the investigation know all of the information disclosed in the documents.

5. I am informed and believe that law enforcement officers believe that disclosure of all of the information contained in the Documents will jeopardize their intended future investigation.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Executed on December 30, 2002, at Honolulu, Hawaii.

_____
CONSTANCE A. HASSELL