IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGIS. NO. 02-0958 KSC |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION |
| ) | TO SEAL DOCUMENTS |
| vs. ) | |
| ) | |
| SHAWN MICHAEL DOHMEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Seal Documents and Declaration and good cause appearing therefor,

IT IS HEREBY ORDERED that all documents in connection with this matter be sealed until further order of this Court. The documents to be sealed include, but not limited to, the complaint, warrant for arrest, the motion to seal and the declaration in support of it, this order, and the clerk of court's docket sheet.

DATED: Honolulu, Hawaii, December 30, 2002.

_____
UNITED STATES MAGISTRATE JUDGE