# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/06/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MAG NO. 02-0958KSC

CASE NAME:        USA vs. SHAWN MICHAEL DOHMEN

ATTYS FOR PLA:    Constance A. Hassell

ATTYS FOR DEFT:   Michael A. Weight

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7-CD 11

DATE:    01/06/2003                   TIME:       3:21-3:25

COURT ACTION: EP: Initial Appearance - Defendant present in custody. Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. Michael A. Weight, AFPD and the Office of the Public Defender Apptd Atty.

Charges received. Defendant's Oral Motion for Bail Hearing Granted.

Bail Hearing set for 10:30 1/13/03, LEK
Identification and Extradition Hearing set for 3:00 1/21/03, LEK

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager

G:\docs\warren\MAG NO 02-0958KSC-(1-6-03).wpd