CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/delivered to the following on January 10, 2003:

>Michael Weight, Esq.
>Assistant Federal Public Defender
>300 Ala Moana Blvd., Rm. 7102
>Honolulu, Hawaii 96850
>
>Attorney for Defendant
>Shawn Michel Dohmen

DATED: January 10, 2003, at Honolulu, Hawaii.