CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed/delivered to the following on January 10, 2003:

    Michael Weight, Esq.
    Assistant Federal Public Defender
    300 Ala Moana Blvd., Rm. 7102
    Honolulu, Hawaii 96850

    Attorney for Defendant
    Shawn Michel Dohmen

DATED: January 10, 2003, at Honolulu, Hawaii.

*/s/ Deirdra L. Craig*