ORIGINAL

AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 0 9 2003
at __ o'clock and __ min __ M.
WALTER A.Y.H. CHINN, CLERK

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

SHAWN MICHAEL DOHMEN
94-1169 Heahea Street, Waipahu, Hawaii 96797

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: 02 0958

YOU ARE HEREBY COMMANDED to arrest ___SHAWN MICHAEL DOHMEN___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
HAVING COMMITTED WITHIN THE JURISDICTION OF THE KINGDOM OF BELGIUM, A VIOLATION OF THE LAW ON THE TRADE IN TOXIC, NARCOTIC AND SOPORIFIC SUBSTANCES, DISINFECTANTS AND ANTISEPTICS, IN VIOLATION OF THE LAW OF FEBRUARY 24, 1921 AND AMENDED BY THE LAW OF JULY 9, 1975, SECTION 2 BIS.

in violation of
Title ___18___ United States Code, Section(s) ___3184___

WALTER A.Y.H. CHINN  Kevin S C Chang
Name of Issuing Officer

ORIGINAL SIGNED BY
KSC
Signature of Issuing Officer

U.S. Magistrate Judge
CLERK OF THE U.S. DISTRICT COURT
Title of Issuing Officer

12-27-2002  HONOLULU, HAWAII
Date and Location

Bail fixed at $ (to be determined at time of arrest)   by KEVIN S. C. CHANG, UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at US Probation Office | |
| DATE RECEIVED 12/27/02 | NAME AND TITLE OF ARRESTING OFFICER Brent C. L. Nahuai | SIGNATURE OF ARRESTING OFFICER Brent C L Nahuai |
| DATE OF ARREST 1/6/03 | | |

This form was electronically produced by Elite Federal Forms, Inc.