# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/13/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MAG NO. 02-0958KSC

CASE NAME:       USA vs. SHAWN MICHAEL DOHMEN

ATTYS FOR PLA:   Constance A. Hassell

ATTYS FOR DEFT:  Michael A. Weight

INTERPRETER:

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7-CD 12 |
| DATE: | 01/13/2003 | TIME: | 10:48-10:57 |

---

COURT ACTION:  EP: Bail Hearing - Defendant present in custody.

Arguments heard. Motion to Detain Granted. Govt to prepare Order. Defendant remanded to the custody of the U.S. Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager