ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF SHAWN MICHAEL DOHMEN, A FUGITIVE FROM BELGIUM | MAG. NO. 02-0958 KSC<br><br>ORDER DENYING MOTION FOR RELEASE ON BAIL |

ORDER DENYING MOTION FOR RELEASE ON BAIL

This matter came on for hearing on January 13, 2003, pursuant to an oral Motion for Bail Hearing made in open court on January 6, 2003 on behalf of SHAWN MICHAEL DOHMEN (DOHMEN). DOHMEN, his counsel, Michael A. Weight, Assistant Federal Public Defender, and Constance Hassell, Assistant United States Attorney, were present. Having considered the written and oral argument of counsel, the Court finds that there are no conditions that will assure DOHMEN's appearance for further court proceedings regarding this matter of international extradition, brought pursuant to 18 United States Code, Section 3184.

IT IS THEREFORE ORDERED that SHAWN MICHAEL DOHMEN remain committed to the custody of the Attorney General or his

authorized representative, pending further proceedings in this matter.

DATED: January 15, 2003, at Honolulu, Hawaii.

_____
LESLIE E. KOBAYASHI
United States Magistrate Judge

APPROVED AS TO FORM:

_____
MICHAEL A. WEIGHT
Attorney for SHAWN MICHAEL DOHMEN

In the Matter of the Extradition
of Shawn Michael Dohmen
Mag. No. 02-00958 KSC
"Order Denying Motion for
    Release on Bail"