

**Warren Nakamura**
01/17/03 02:50 PM

To: HIDml_CR Notice Group
cc:
Subject: RE: MAG NO. 02-0958KSC USA vs. SHAWN MICHAEL DOHMEN

RE: MAG NO. 02-0958KSC USA vs. SHAWN MICHAEL DOHMEN

Identification Hearing; Extradition Hearing set for 3:00 1/21/03 is continued to 10:00 1/24/03, LEK

AUSA, Constance A. Hassell
AFPD, Michael A. Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 17 2003

at ___ o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK