**Warren Nakamura**          To: HIDml_CR Notice Group
01/28/03 09:25 AM          cc:
                           Subject: RE: MAG NO. 02-0958KSC USA vs. SHAWN MICHAEL DOHMEN

RE: MAG NO. 02-0958KSC USA vs. SHAWN MICHAEL DOHMEN

Identification Hearing; Extradition Hearing set for 10:00 1/29/03, LEK is continued to **10:00 2/18/03, BMK**

AUSA, Constance A. Hassell
AFPD, Michael A. Weight

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 8 2003

at ___ o'clock and ___ min. ___M
WALTER A. Y. H. CHINN, CLERK

13