

**Sadie Mukawa**
02/14/2003 01:20 PM

To: HIDml_CR Notice Group, Kim Murakami/HID/09/USCOURTS@USCOURTS, Alycia Ziarno/HID/09/USCOURTS@USCOURTS
cc:
Subject: MA 02-0958KSC  USA vs Shawn Dohmen

By agreement of parties, the Identification and Extradition Hearing moved from 2-18-03 at 10:00 before Mag. Judge Barry Kurren to 3-4-03 at 10:00 before Mag. Judge Kevin S. C. Chang.

cc: Michael Weight
    Constance Hassell

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2003

at ____ o'clock and ____ min. ___ M.
WALTER A.Y.H. CHINN, CLERK