# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/04/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     MA 02-0958KSC

CASE NAME:       USA v. Shawn Michael Dohmen

ATTYS FOR PLA:   Constance Hassell

ATTYS FOR DEFT:  Michael Weight

INTERPRETER:

---

JUDGE:    Kevin S. C. Chang         REPORTER:   C5 tape 1003

DATE:     03/04/2003                TIME:       10:20 - 10:29
                                                2:08 - 2:20

---

COURT ACTION:   EP: Identification and Extradition Hearing - deft present in custody. Further hearing continued to 2:00 p.m. this afternoon.

Deft remanded to custody of U.S. Marshal.


2:08 p.m. - deft present in custody.
Issue of extradition deferred.

Identification Hearing - CST: Gervin Miyamoto.
Further Identification Hearing continued to 3-11-03 @ 3 p.m., KSC.

Deft remanded to custody of U.S. Marshal.


Submitted by Richlyn Young, Courtroom Manager

G:\docs\richlyn\ma 02-958ksc dohmen 3-4-03.wpd