# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/11/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MA 02-0958KSC

CASE NAME:        USA v. Shawn Michael Dohmen

ATTYS FOR PLA:    Constance Hassell

ATTYS FOR DEFT:   Michael A. Weight

INTERPRETER:

---

JUDGE:   Kevin S.C. Chang          REPORTER:   C5, ESR - no operator

DATE:    03/11/2003                TIME:       3:00pm-3:40pm

---

COURT ACTION: EP: Further Identification Hearing. Further Extradition Hearing.

Defendant Shawn Michael Dohmen present in custody.

Governments' Exhibits Received: 1A, 1AA, 1B, 1C, 2, 5, 3, 4, 5.

Governments' Witnesses: Glenn Ferreira, Brent Naluai, Gervin Miyamoto.

Defendant is ordered to be extradicted.

Ms. Hassell to prepare order.

Defendant remanded to the custody of the U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\MA 02-958KSC dohmen 3 11.wpd