# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

03/13/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      MA 02-0958KSC

CASE NAME:        USA v. Shawn Michael Dohmen

ATTYS FOR PLA:    Constance Hassell

ATTYS FOR DEFT:   Michael A. Weight

INTERPRETER:

JUDGE:   Kevin S.C. Chang          REPORTER:

DATE:    03/13/2003                TIME:

COURT ACTION: EO:  Governments Exhibit 5 of Extradition Hearing held on 3/11/2003 @3:00pmKSC.

Per agreement of counsel, Governments Exhibit 5 is being withdrawn and returned to AUSA Constance Hassell.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\EO dohmen 3 13.wpd