EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 20 2003

LODGED

MAR 18 2003

WALTER A. Y. H. CHINN, CLERK

CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

In the Matter of the            )   MAG. NO. 02-0958 KSC
                                )
Extradition                     )   CERTIFICATION OF
                                )   EXTRADITABILITY
                                )   AND ORDER OF COMMITMENT
     of                         )
                                )
SHAWN MICHAEL DOHMEN            )
_____)

CERTIFICATION OF EXTRADITABILITY
AND ORDER OF COMMITMENT

These extradition proceedings were commenced by the United States pursuant to 18 U.S.C. § 3184 and the Treaty on Extradition between the United States and Belgium of September 1, 1997, "The Extradition Treaty Between the United States of America and the Kingdom of Belgium (hereinafter 'Treaty')." SHAWN MICHAEL DOHMEN (hereinafter "defendant") was arrested at the request of Belgium on January 6, 2003. Pursuant to the Treaty, Belgian authorities presented a formal request for the defendant's extradition by

diplomatic note No. 550 dated June 26, 2002, supported by appropriate documentation.

The defendant's extradition is sought by Belgium for service of his sentence of imprisonment, defendant having been convicted of: law on the trade in toxic, narcotic and soporific substances, disinfectants and antiseptics.

On March 4 and 11, 2003, this Court conducted an extradition hearing pursuant to 18 U.S.C. § 3184. Based on consideration of the documentary evidence introduced on behalf of Belgium, the defendant's opposition to extradition, oral arguments of counsel, and the written memorandum of the United States, the Court finds that the terms of the Treaty and 18 U.S.C. § 3184 have been met.

Specifically, the Court finds the following:

1. That there is an extradition treaty in force between the United States and Belgium, namely, the Treaty, and this Court has jurisdiction in this matter;

2. That Defendant has been convicted in Belgium of the law on the trade in toxic, narcotic and soporific substances, disinfectants and antiseptics, in violation of the law of February 24, 1921, and amended by the law of July 9, 1975, section 2 bis.

3. That the crimes for which the defendant has been convicted are extraditable offenses within the terms of Article 2 of the Treaty;

4. That the defendant who appeared before this Court is the person convicted in Belgium who is subject to the order of

arrest issued by the Court in Brussels, Belgium on October 31, 2001.

    5.   That the evidence establishes probable cause to believe that the defendant has been convicted of the charged offense(s).

For the foregoing reasons, this matter is certified to the Secretary of State in order that a warrant may issue for the surrender of the defendant to the proper authorities of Belgium in accordance with the Extradition Treaty between the United States of America and Belgium.

ORDERED that SHAWN MICHAEL DOHMEN is committed to the custody of the United States Marshal, or his authorized representative, to be confined in appropriate facilities and to remain until he is surrendered to Belgium pursuant to applicable provisions of the Treaty and United States law.

It is further ORDERED that the United States Attorney for this judicial district shall forward a copy of this Certification and Order together with a copy of all transcripts of proceedings

//
//
//
//
//
//
//
//
//

and copies of documents received into evidence in this matter, to the Secretary of State.

ENTERED this **MAR 2 0 2003** day of March, 2003, at Honolulu, Hawaii.

_____
KEVIN S. C. CHANG
UNITED STATES MAGISTRATE JUDGE