

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA MAG. NO. 02-00958 KSC

vs.

IN THE MATTER OF
SHAWN MICHAEL DOHMEN,
A FUGITIVE FROM BELGIUM

| **PRESIDING JUDGE:** | **PLAINTIFF'S ATTORNEY:** | **DEFENDANT'S ATTORNEY:** |
|---|---|---|
| KEVIN S.C. CHANG | AUSA Constance Hassell | AFPD MICHAEL A. WEIGHT |

**HEARING DATE:**
March 11, 2003

| No. | Marked/Admitted | Description |
|---|---|---|
| 1-A | 3/11/03 | Declaration of Denise Manning with attachments (18 pages, including Diplomatic Note #550 and the Extradition Treaty) |
| 1-AA | 3/11/03 | Facsimile transmittal from State Department regarding ratification: Senate Resolution (1 page); Transmittal Document from the President of the United States (2 pages); Protocol of Exchange (1 page); Treaties in Force on January 1, 2002 (cover page and page 22)[1]. |
| 1-B | 3/11/03 | Certificate by the US Ambassador to Belgium with attachments (71 pages, including arrest warrant, legal documentation, and translations) |

[1]The Treaties in Force information can be obtained from the Department of State's web site: http://www.state.gov.www.global/legal_affairs/tifindex.html

| | | |
|---|---|---|
| 1-C | 3/11/03 | Diplomatic Note No. 956 with attachments(18 pages, including the judgment of the case, the law on the the trade in toxic, narcotic and sophorific sustances, etc., photographs and fingerprints of Shawn Dohmen) |
| 2 | 3/11/03 | copy (1 page) of the original fingerprint card of Shawn Michael Dohmen taken at the US Marshal's Office on January 6, 2003 |
| 3 | 3/11/03 | copy (one page)of the fingerprints sent by Belgium as part of the Extradition materials |
| 4 | 3/11/03 | copy (one page) of the receipt for use of the fingerprint card (copy in Exhibit 2) and the result of the comparison of Exhibits 2 and 3 |

5 3/11/03